No. 48, Orig. MISSISSIPPI v. ARKANSAS. Report of Special Master received and ordered filed. Exceptions to Report, if any, with supporting briefs may be filed by the parties on or before May 17, 1973. Reply briefs, if any, to such exceptions may be filed on or before June 18, 1973. [For earlier orders herein, see, e. g., 403 U. S. 951.]

No. 72–459. SLOAN, TREASURER OF PENNSYLVANIA, ET AL. v. LEMON ET AL.; and

No. 72–620. CROUTER v. LEMON ET AL. Appeals from D. C. E. D. Pa. [Probable jurisdiction noted, 410 U. S. 907.] Motion of National Association of Independent Schools, Inc., for leave to participate in oral argument as amicus curiae denied.

No. 72–549. SCHOOL BOARD OF CITY OF RICHMOND, VIRGINIA, ET AL. v. STATE BOARD OF EDUCATION OF VIRGINIA ET AL.; and

No. 72–550. BRADLEY ET AL. v. STATE BOARD OF EDUCATION OF VIRGINIA ET AL. C. A. 4th Cir. [Certiorari granted, 409 U. S. 1124.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae in support of respondents granted and 15 minutes allotted for that purpose. Counsel for petitioners hereby allotted 15 additional minutes for oral argument. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 72–5990. MAGHE v. GUARINO, JUDGE;

No. 72–6113. JOHNSON v. STUART, U. S. DISTRICT JUDGE, ET AL.;

No. 72–6186. GERARDI v. SEAMANS, SECRETARY OF THE AIR FORCE;

No. 72–6187. GERARDI v. JOHNSON, ADMINISTRATOR OF VETERANS AFFAIRS; and

No. 72–6188. GERARDI v. UNITED STATES DEPARTMENT OF JUSTICE. Motions for leave to file petitions for writs of mandamus denied.